IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH JOHNSON, JR.          : <br><br>    Plaintiff,                                     : <br><br>v.                                                 : <br><br>MAXIMUS, INC., <br>d/b/a MAXIMUS Federal Services, Inc.,   : <br><br>and                                         : <br><br>Financial Management Systems Inc.     : <br><br>and                                         : <br><br>Continental Service Group, Inc. <br>d/b/a ConServe                        : <br><br>    Defendants.                           : | Case No.: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, 1446, and Local Rule 103.5, Defendant MAXIMUS, Inc., d/b/a MAXIMUS Federal Services, Inc. ("MAXIMUS") files this Notice of Removal and states as follows:

    1.    MAXIMUS is a defendant in Case Number CAL 15-36931 filed in the Circuit Court of Maryland for Prince George's County.

    2.    This action began when Plaintiff filed a civil action on October 28, 2015 in the District Court for Prince George's County, Maryland against all defendants (the "Civil Action").

    3.    MAXIMUS, through its registered agent, was served with a summons and complaint in the Civil Action on November 17, 2015 via certified mail, return receipt, restricted delivery (the "District Court Complaint"). A copy of the District Court Complaint is attached

hereto as Exhibit 1. The District Court Complaint did not contain any causes of action alleging federal questions and alleged total damages of only $30,000.00.

4. On or about December 2, 2015, the Civil Action was transferred from District Court for Prince George's County, Maryland to the Circuit Court for Prince George's County, Maryland.

5. On or about December 4, 2015, Plaintiff filed his First Amended Complaint in the Circuit Court for Prince George's County, Maryland (the "First Amended Complaint"). *See* First Amended Complaint, attached hereto as Exhibit 2. MAXIMUS, by and through its Registered Agent, received the First Amended Complaint on December 8, 2015 via regular U.S. mail. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446, as thirty (30) days have not elapsed since MAXIMUS was served with the First Amended Complaint, which was the first pleading setting forth Plaintiff's claim for relief that provides grounds for removal of this action to this Court.

6. The First Amended Complaint includes claims that MAXIMUS and the other Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq. See* First Amended Complaint at ¶¶ 104-119. Thus this Court has original jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, and 15 U.S.C. § 1681p.

7. The First Amended Complaint includes claims that MAXIMUS and the other Defendants violated the Fair Debt Collection Practices Act, 15. U.S.C. § 1692a *et seq. See* First Amended Complaint at ¶¶ 95-103. Thus this Court has original jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, and 15 U.S.C. § 1692i.

8. At the present time, at the commencement of the Civil Action in the District Court for Prince George's County, Maryland, and at the time of the filing of the First Amended

Complaint in the Circuit Court for Prince George's County, Maryland, Plaintiff is and was an individual citizen of the State of Maryland.

9. At the present time, at the commencement of the Civil Action in the District Court for Prince George's County, Maryland, and at the time of the filing of the First Amended Complaint in the Circuit Court for Prince George's County, Maryland, MAXIMUS is and was a corporation incorporated under the law of the Commonwealth of Virginia with its principal place of business in Reston, Virginia.

10. At the present time, at the commencement of the Civil Action in the District Court for Prince George's County, Maryland, and at the time of the filing of the First Amended Complaint in the Circuit Court for Prince George's County, Maryland, Defendant Financial Management Systems Inc. is and was a corporation incorporated under the law of the State of Illinois with it principal place of business in Rolling Meadows, Illinois.

11. At the present time, at the commencement of the Civil Action in the District Court for Prince George's County, Maryland, and at the time of the filing of the First Amended Complaint in the Circuit Court for Prince George's County, Maryland, Defendant Continental Service Group, Inc. is and was a corporation incorporated under the laws of the State of New York with its principal place of business in Fairport, New York.

12. As set forth in the First Amended Complaint Plaintiff seeks $500,000.00 in damages, based on Plaintiff's request for actual, statutory, and punitive damages, and other relief, in his claims against all Defendants. Consequently, the amount in controversy in the First Amended Complaint exceeds the sum of $75,000.00, exclusive of interest and costs.

13. Accordingly, this Court has original jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332, as there is complete diversity among all parties, and the amount in

controversy exceeds $75,000.00. Thus, the above-captioned action may be removed pursuant to 28 U.S.C. § 1441(b).

14. Additionally, pursuant to 28 U.S.C. §1367, this Court has supplemental jurisdiction over Plaintiff's state law claims.

15. The following process, pleadings, documents and orders were served upon MAXIMUS in the actions filed in the District Court and the Circuit Court for Prince George's County, Maryland:

- Plaintiff's Complaint and Summons filed in the District Court for Prince George's County on October 28, 2015, attached hereto as Exhibit A;

- Financial Management Systems Inc. Notice of Intention to Defend, attached hereto as Exhibit B;

- District Court Notice of Financial Management Systems Inc. filing its Notice of Intention to Defend, attached hereto as Exhibit C;

- District Court Notice of Cancelation of Merit Trial, attached hereto as Exhibit D;

- Circuit Court Notice of Removal, attached hereto as Exhibit E;

- MAXIMUS's Notice of Intention to Defend, attached hereto as Exhibit F;

- Plaintiff's First Amended Complaint, filed in the Circuit Court for Prince George's County on December 4, 2015, attached hereto as Exhibit G; and

- Defendant Continental Service Group, Inc.'s Jury Demand, attached hereto as Exhibit H.

16. Within 30 days after filing this Notice of Removal, MAXIMUS shall file true and legible copies of all other documents filed in state court in accordance with Local Rule 103.5a.

17. This Notice of Removal will be filed promptly in the Civil Action and served upon Plaintiff, Defendant Financial Management Systems Inc., and Defendant Continental Service Group, Inc.

4

WHEREFORE, MAXIMUS removes the subject action from the Circuit Court for Prince George's County to this United States District Court for the District of Maryland.

Dated: January 4, 2016

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: _____
Gregory D. Grant, Esq., Bar No. 13942
Meredith L. Schramm-Strosser, Esq., Bar No. 18537
12505 Park Potomac Avenue
6th Floor
Potomac, Maryland 20854
Telephone:   (301) 230-5200
Facsimile:   (301) 230-2891
ggrant@shulmanrogers.com
mschrammstrosser@shulmanrogers.com
*Counsel for Defendant MAXIMUS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Notice of Removal and Defendant's Civil Cover Sheet was served by first class mail, postage prepaid, on January 4, 2016, to:

Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, Maryland 20749
*Pro Se Plaintiff*

Financial Management Systems Inc.
Jonathan Claiborne, Esq.
Whiteford Taylor Preston
7 St. Paul Street
Suite 1500
Baltimore, Maryland 21202
*Counsel for Defendant Financial Management Systems, Inc.*

Continental Service Group, Inc.
Andrew L. Cole
LeClairRyan
180 Admiral Cochrane Drive
Suite 520
Annapolis, Maryland 21401
*Counsel for Defendant Continental Service Group, Inc.*

_____
Gregory D. Grant