# EXHIBIT C

Case 8:16-cv-00014-PWG   Document 1-3   Filed 01/04/16   Page 1 of 2



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S CO     0502
COURTHOUSE, BOURNE WING  (V)
UPPER MARLBORO, MD 20772-3042
TELEPHONE NUMBER:  (301) 298-4000



Civil Case No.: 0502 - 0026633 - 2015    Complaint No.: 001

**To:**   MAXIMUMS INC, DBA MAXIMUS FEDERAL
SERVE: CSC- LAWYERS INCORP
7 SAINT PAUL STREET, STE 820
BALTIMORE, MD 21202

**Regarding:**   JOHNSON JR, JOSEPH
                 VS.
       FINANCIAL MANAGEMENT SYSTEMS (FMS)

**Date:**   November 24, 2015

On November 23, 2015 this Court received the above named defendant's Notice of Intention to Defend. This case has been contested. All parties should be prepared for trial. Please provide the Court with the estimated amount of time needed for trial/hearing.

**Defendant:**   FINANCIAL MANAGEMENT SYSTEMS (
SERVE: THE CORP TRUST INC, RSA
351 WEST CAMDEN STREET
BALTIMORE, MD 21201

**Attorney for Defendant:**   CLAIBORNE, JONATHAN E ESQ
WHITEFORD TAYLOR PRESTON
7 ST. PAUL ST, STE. 1500
BALTIMORE, MD 21202

**Defendant's Response:**   DEMANDS STRICT PROOF

Visit our website for directions and information about procedures: www.mdcourts.gov/district

Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately.

TTY users call Maryland RELAY: 711

007627A     1100022300                  NOTICE OF INTENTION TO DEFEND - B1