# EXHIBIT D

Case 8:16-cv-00014-PWG   Document 1-4   Filed 01/04/16   Page 1 of 2



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S CO     0502
COURTHOUSE, BOURNE WING  (V)
UPPER MARLBORO, MD 20772-3042
TELEPHONE NUMBER:  (301) 298-4000



Civil Case No.: 0502 - 0026633 - 2015     Complaint No.: 001

**To:** MAXIMUMS INC, DBA MAXIMUS FEDERAL
SERVE: CSC- LAWYERS INCORP
7 SAINT PAUL STREET, STE 820
BALTIMORE, MD 21202

**Regarding:** JOHNSON JR, JOSEPH
VS.
MAXIMUMS INC, DBA MAXIMUS FEDERAL SERV.

**Date:** November 24, 2015

The court proceeding for the case named above originally set for January 15, 2016 has been cancelled.

**Type of Proceeding:** MERIT TRIAL

Visit our website for directions and information about procedures: www.mdcourts.gov/district

Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

To request a foreign language interpreter or a reasonable accommodation under
the Americans with Disabilities Act, please contact the court immediately.

TTY users call Maryland RELAY: 711

007628A          1100022310          COURT DOCKET UPDATE (NOTICE OF CANCELLED TRIAL/HEARING) - C3