# EXHIBIT E

Circuit Court for Prince George's County
Clerk of the Circuit Court
Courthouse
Upper Marlboro, MD 20772-9987
MD Relay Service Voice/TDD
1-800-735-2258

Joseph Johnson

Vs                                  Case ID: CAL15-36931

Maximums Inc

Notice

You are hereby notified that upon a demand for a jury trial, this case was transferred to this court and entered on 30-NOV-2015.

Notice to defendant

If you are a "defendant," "counter-defendant," "cross-defendant," or "third party defendant" in this action and you wish to contest the case against you, you must file in this court an answer or other response to the complaint, counterclaim, cross claim, or third party claim within 30 days after date of this notice, regardless of whether you filed a notice of intention to defend or other response in the district court.

Date mailed 12/2/15

Sydney J. Harrison
Clerk of the Circuit Court

Notice mailed to:

Jonathan E. Claiborne
Whiteford, Taylor, & Preston, LLP
Seven St. Paul Street
Towson MD 21202-1636

Joseph Johnson, Jr.
Post Office Box 441572
Fort Washington MD 20749