# EXHIBIT F

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

JOSEPH JOHNSON, JR.

    Plaintiff,

v.                                      Case No.: 050200266332015

MAXIMUS, INC., et al.

    Defendant.

## NOTICE OF INTENTION TO DEFEND

Pursuant to Maryland Rule 3-307, MAXIMUS, Inc., by and through its undersigned counsel, hereby give notice of its intention to defend. MAXIMUS also states that it denies any liability to Plaintiff, and denies Plaintiff is entitled to any relief against it.

Respectfully submitted,

By: _____
Gregory D. Grant, Esq.
Meredith L. Schramm-Strosser, Esq.
SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P. A.
12505 Park Potomac Avenue
6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200
Facsimile:   (301) 230-2891
ggrant@shulmanrogers.com
mschrammstrosser@shulmanrogers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2015, a copy of the foregoing Notice of Intention to Defend was served via first-class mail, postage prepaid to:

Joe Johnson
P.O. Box 441572
Fort Washington, MD 20749-1572

Jonathan E. Claiborne
Patrick D. McKevitt
Whiteford, Taylor & Preston, LLP
7 St. Paul Street, Suite 1300
Baltimore, Maryland 21202
*Counsel for Defendant*
*Financial Management Systems*

Continental Service Group, Inc.
d/b/a Conserve
Serve: CSC-Lawyers Inc.
SVC Co.
Resident Agent
7 St. Paul Street
Suite 820
Baltimore, Maryland 21202

Gregory D. Grant

2