# EXHIBIT H

Case 8:16-cv-00014-PWG   Document 1-8   Filed 01/04/16   Page 1 of 2

| | | |
|---|---|---|
| **JOSEPH JOHNSON, JR.** | * | **IN THE** |
| **PLAINTIFF,** | * | **DISTRICT COURT** |
| V. | * | **OF MARYLAND FOR** |
| **MAXIMUMS INC. ET AL.,** | * | **PRINCE GEORGE'S COUNTY** |
| **DEFENDANTS.** | * | **CASE NO. 050200266332015** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEMAND FOR JURY TRIAL

Continental Service Group, Inc. by its attorneys Andrew L. Cole and LeClairRyan, demands a jury trial on all matters so triable.

Andrew L. Cole
LeClairRyan
180 Admiral Cochrane Drive, Suite 520
Annapolis, Maryland 21401
(410) 224-3000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY copies of the foregoing paper will be served by first class mail, postage prepaid, on December 11, 2015, upon:

Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, MD 21749-1572

And all counsel of record.

Andrew L. Cole