| | | |
|---|---|---|
| JOSEPH JOHNSON, JR. | * | IN THE DISTRICT COURT |
| Plaintiff | * | OF MARYLAND FOR |
| v. |  | PRINCE GEORGE'S COUNTY |
| MAXIMUS, INC, et al. | | Case No.: 0502-0026633-2015 |
| Defendant | | Trial Date: January 15, 2016 at 8:45 a.m. |



### DEFENDANT FINANCIAL MANAGEMENT SYSTEMS' NOTICE OF INTENTION TO DEFEND

Defendant Financial Management Systems ("FMS" or "Defendant"), by its attorneys, Jonathan E. Claiborne, Patrick D. McKevitt, and Whiteford, Taylor & Preston L.L.P., hereby gives Notice of its Intention to Defend, and states:

1. The Plaintiff has made a jury demand, and therefore the District Court does not have jurisdiction over this action.

2. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

3. The Defendant did not commit the wrongs alleged and/or is not legally responsible for the wrongs alleged.

4. The Defendant demands strict proof of each and every allegation contained in the Plaintiffs' Complaint.

5. Defendant reserves the right to raise any defense available in law and/or in fact.

*/s/ Patrick McKevitt*

Jonathan E. Claiborne
Patrick D. McKevitt
WHITEFORD, TAYLOR & PRESTON, LLP
Seven St. Paul Street, Suite 1300
Baltimore, Maryland 21202-1626
(410) 347-8700
jclaiborne@wtplaw.com
pmckevitt@wtplaw.com
*Attorneys for Defendant,*
*Financial Management Systems*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2016, a copy of the foregoing *Defendant Financial Management Systems' Notice of Intention to Defend* was mailed, postage prepaid, to:

>Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, MD 20749-1572
*Pro Se Plaintiff*

>Maximus, Inc.,
c/o CSC-Lawyers Incorporating, Resident Agent
7 Saint Paul Street, Suite 820
Baltimore, MD 21202

>Continental Service Group, Inc.
c/o CSC-Lawyers Incorporating, Resident Agent
7 Saint Paul Street, Suite 820
Baltimore, MD 21202

Patrick D. McKevitt