IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPH JOHNSON, JR. :
:
   Plaintiff, :
:
v. : Case No.:
:
MAXIMUS, INC., *et al.* :
:
   Defendant. :

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for:

Defendant MAXIMUS, Inc. d/b/a MAXIMUS Federal Services, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/4/2016 | *(signature)* |
| Date | Signature of Counsel |
| | Meredith L. Schramm-Strosser    18537 |
| | Print Name                   Bar Number |
| | Shulman, Rogers, Gandal, Pordy & Ecker, P.A. |
| | Firm Name |
| | 12505 Park Potomac Ave, 6th Floor |
| | Address |
| | Potomac, Maryland 20854 |
| | City/State/Zip |
| | 301-230-5200 |
| | Phone No. |
| | 301-230-2891 |
| | Fax No. |
| | mschrammstrosser@shulmanrogers.com |
| | Email Address |

19187307_1.DOC