IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPH JOHNSON, JR.        :
                           :
    Plaintiff,             :
                           :
v.                         :     Case No.:
                           :
MAXIMUS, INC., *et al.*    :
                           :
    Defendant.             :

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[X]  I certify, as party/counsel in this case that  MAXIMUS, Inc., d/b/a MAXIMUS Federal Services, Inc.
                                                                                         (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ]  The following corporate affiliations exist with _____:
                                                                       (name of party)

_____
(names of affiliates)

[ ]  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

1/4/16                              /s/ [signature]
_____                     _____
Date                                Signature

                                                    Gregory D. Grant                    13942
                                                  *Printed Name*                       *Bar Number*

                                                  12505 Park Potomac Ave, 6th Floor
                                                  *Address*

                                                  Potomac, Maryland 20854
                                                  *City/State/Zip*

<u>(P) - 301-230-5229; (F) 301-230-2891</u>
*Phone No.*                                *Fax No.*

19188112_1.DOC