

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Reply to Southern Division Address                              Elizabeth B. Snowden, Chief Deputy

January 5, 2016

Joseph Johnson, Jr.
Post Office Box 441572
Fort Washington, MD 20749-1572

        RE:    Johnson, Jr. v. Maximus Inc., et al.
               USDC Case No. PWG 16-cv-0014

Dear Counsel/Party:

The above-captioned case has been transferred or removed from the Circuit Court for Prince George's County, Maryland to this Court and assigned the above case number.

re

                              Sincerely,
                              /s/
                              Felicia C. Cannon, Clerk

cc:    All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov