UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

| | |
|---|---|
| JOSEPH JOHNSON, JR.,<br><br>        Plaintiff,<br>v.<br><br>MAXIMUS, INC. d/b/a Maximus Federal Services, Inc.; FINANCIAL MANAGEMENT SYSTEMS (FMS); and CONTINENTIAL SERVICE GROUP, INC. d/b/a Conserve,<br><br>        Defendants. | Case No. 8:16-cv-00014-PWG |

**DEFENDANT FINANCIAL MANAGEMENT SYSTEMS, INC.'S**
**<u>CONSENT TO REMOVAL</u>**

Defendant, Financial Management Systems, Inc. ("FMS"), hereby consents to the removal of this civil action from the Circuit Court of Maryland for Prince George's County, wherein it was docketed as Case No. CAL 15-36931, to the United States District Court for the District of Maryland, Greenbelt Division.

Date: January 11, 2016                       Respectfully Submitted,

                                                   /s/ Patrick McKevitt
                                                   Jonathan Claiborne, Esq. (Bar No. 347)
                                                   Patrick McKevitt, Esq. (Bar No. 30078)
                                                   Allison L Cannizaro (*pro hac vice*)
                                                   Whiteford, Taylor & Preston L.L.P.
                                                   Seven Saint Paul Street
                                                   Baltimore, Maryland 21202-1636
                                                   (410) 347-8700
                                                   *Attorneys for Defendant,*
                                                   *Financial Management Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2016, a copy of the foregoing was served via CM/ECF on all parties of record receiving electronic filings, and via U.S. Mail on the following:

Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, MD 20749-1572

                                            /s/ Patrick McKevitt
                                            Patrick McKevitt