UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

| | |
|---|---|
| JOSEPH JOHNSON, JR., <br><br> Plaintiff, <br> v. <br><br> MAXIMUS, INC. d/b/a Maximus Federal Services, Inc.; FINANCIAL MANAGEMENT SYSTEMS (FMS); and CONTINENTIAL SERVICE GROUP, INC. d/b/a Conserve, <br><br> Defendants. | Case No. 8:16-cv-00014-PWG |

## FINANCIAL MANAGEMENT SYSTEMS, INC.'S STATEMENT PURSUANT TO THE COURT'S STANDING ORDER CONCERNING REMOVAL

Pursuant to the Court's Standing Order Concerning Removal (Dkt. 15), defendant, Financial Management Systems, Inc. ("FMS"), states as follows:

1. Plaintiff's original complaint was filed on October 28, 2015, and FMS was served with plaintiff's original complaint on November 17, 2015. Plaintiff's amended complaint was filed on December 4, 2015. FMS received plaintiff's amended complaint via U.S. Mail on December 9, 2015.

2. Not applicable. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441 over plaintiff's claims arising under the federal Fair Debt Collection Practices Act ("FDCPA"), 15 USC § 1692, *et seq.,* and the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* Moreover, this Court has supplemental jurisdiction over plaintiff's state law claims. To the extent the Court has concurrent diversity jurisdiction over plaintiff's state law claims, none of the defendants

1

are citizens of Maryland. As of the filing of plaintiff's amended complaint, and as of the date of removal, FMS is a citizen of Illinois, defendant Maximus, Inc. is a citizen of Virginia, and defendant Continental Service Group, Inc. is a citizen of New York.

3. Plaintiff's original complaint did not assert grounds for federal jurisdiction under this Court's federal question or diversity jurisdiction. Plaintiff's original complaint alleged causes of action under Maryland statutory and common law, and prayed for damages of $30,000, total, against all defendants. Plaintiff's amended complaint asserted federal causes of action under the FDCPA and FCRA, and prayed for damages for $500,000, total, against all defendants. FMS received plaintiff's amended complaint on December 9, 2015. On January 4, 2016, defendants timely removed this case based on this Court's federal question and supplemental jurisdiction. The Notice of Removal was filed on January 4, 2016, within 30 days of receipt of the amended complaint, and is therefore timely filed under 28 U.S.C. § 1446(b).

4. Not applicable.

5. None.

Date: January 11, 2016

Respectfully Submitted,

/s/ Patrick McKevitt
Jonathan Claiborne, Esq. (Bar No. 347)
Patrick McKevitt, Esq. (Bar No. 30078)
Allison L Cannizaro (*pro hac vice*)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
*Attorneys for Defendant,*
*Financial Management Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2016, a copy of the foregoing was served via CM/ECF on all parties of record receiving electronic filings, and via U.S. Mail on the following:

Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, MD 20749-1572

                                              /s/ Patrick McKevitt
                                              Patrick McKevitt