UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

| | |
|---|---|
| JOSEPH JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> MAXIMUS, INC. d/b/a Maximus Federal Services, Inc.; FINANCIAL MANAGEMENT SYSTEMS (FMS); and CONTINENTIAL SERVICE GROUP, INC. d/b/a Conserve, <br><br> Defendants. | Case No. 8:16-cv-00014-PWG |

**FINANCIAL MANAGEMENT SYSTEMS, INC.'S**
**LOCAL RULE 103.3 DISCLOSURE STATEMENT**

Pursuant to Local Rule 103.3, defendant, Financial Management Systems, Inc. ("FMS"), states as follows:

a) Corporate Affiliation

Ceannate Corp. is the parent company of FMS. No publicly held corporation owns 10% or more of FMS or Ceannate Corp.

b) Financial Interests in the Outcome of the Litigation

FMS does not know of any corporation, unincorporated association, partnership, or other business entity not a party to the case, which may have any financial interest whatsoever in the outcome of the litigation.

1

Date: January 11, 2016						Respectfully Submitted,

/s/  Patrick McKevitt
Jonathan Claiborne, Esq. (Bar No. 347)
Patrick McKevitt, Esq. (Bar No. 30078)
Allison L Cannizaro (*pro hac vice*)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
*Attorneys for Defendant,*
*Financial Management Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2016, a copy of the foregoing was served via CM/ECF on all parties of record receiving electronic filings, and via U.S. Mail on the following:

Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, MD 20749-1572

/s/ Patrick McKevitt
Patrick McKevitt