IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (SOUTHERN DIVISION)

| | | |
|---|---|---|
| JOSEPH JOHNSON, JR. | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. **8:16-CV-00014-PWG** |
| MAXIMUS, INC. *et al.* | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LOCAL RULE 103.3 CORPORATE DISCLOSURE STATEMENT**

Continental Service Group, Inc. ("ConServe"), by its attorneys Andrew L. Cole and LeClairRyan, disclose the following information pursuant to Local Rule 103.3:

a. ConServe has no parent or other affiliate.

b. Indian Harbor Insurance Company may have a financial interest in the outcome of the litigation as insurer for Defendant ConServe. Per Local Rule 103.3, the notice hereby given to the Clerk shall not be considered as an admission by the insurance company or other person that it does in fact have an obligation to defend the litigation or to indemnify a party or as a waiver of any rights that it might have in connection with the subject matter of the litigation.

 /s/ Andrew L. Cole
Andrew L. Cole, Fed. Bar No. 14865
LeClairRyan
180 Admiral Cochrane Drive, Suite 520
Annapolis, Maryland 21401
(410) 224-3000
(410) 224-0098 (Fax)
andrew.cole@leclairryan.com

*Attorneys for Continental*
 *Service Group, Inc.*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this 12th day of January, 2016, copies of the foregoing paper or pleading, together with all exhibits and attachments, were served electronically *via* the Court's CM/ECF System upon all registered users who have entered an appearance in this action, and *via* first class mail, postage pre-paid, upon:

>Joseph Johnson, Jr.
>Post Office Box 441572
>Fort Washington, Maryland 20749

>/s/ Andrew L. Cole
>Andrew L. Cole