**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **JOSEPH JOHNSON, JR.** | * | |
| **PLAINTIFF,** | * | |
| V. | * | **CASE NO. 8:16-CV-00014-PWG** |
| **MAXIMUS, INC.** *et al.* | * | |
| **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONTINENTAL SERVICE GROUP, INC.'S CONSENT TO REMOVAL**

Continental Service Group, Inc. ("ConServe"), by its attorneys Andrew L. Cole and LeClairRyan, hereby joins in and consents to removal of this action.

/s/ Andrew L. Cole
Andrew L. Cole, Fed. Bar No. 14865
LeClairRyan
180 Admiral Cochrane Drive, Suite 520
Annapolis, Maryland 21401
(410) 224-3000
(410) 224-0098 (Fax)
andrew.cole@leclairryan.com

*Attorneys for Continental
  Service Group, Inc.*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this 12th day of January, 2016, copies of the foregoing paper or pleading, together with all exhibits and attachments, were served electronically *via* the Court's CM/ECF System upon all registered users who have entered an appearance in this action, and *via* first class mail, postage pre-paid, upon:

> Joseph Johnson, Jr.
> Post Office Box 441572
> Fort Washington, Maryland 20749

> /s/ Andrew L. Cole
> Andrew L. Cole