IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (SOUTHERN DIVISION)

| | | |
|---|---|---|
| JOSEPH JOHNSON, JR. | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. **8:16-CV-00014-PWG** |
| MAXIMUS, INC. *et al.* | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONTINENTAL SERVICE GROUP, INC.'S STATEMENT
PURSUANT TO STANDING ORDER ON REMOVAL**

Continental Service Group, Inc. ("ConServe"), by its attorneys Andrew L. Cole and LeClairRyan, in response to the Court's Standing Order on Removal [Dkt. 15], states as follows:

1. Plaintiff's original complaint was filed on October 28, 2015. ConServe was served on November 17, 2015 and again on November 23, 2015. Plaintiff's amended complaint (two separate versions) were filed and mailed to ConServe's agent for service of process on December 4 &5, 2015 respectively. ConServe's agent for service of process received both versions of the amended complaint on December 8, 2015.

2. ConServe is a corporation and is not a citizen of the State of Maryland. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441 over plaintiff's claims based on federal statutes.

3. Plaintiff's original complaint was not removable as it sought damages of less than $75,000.00 (notwithstanding complete diversity) and did not assert any claim under a federal statute. Plaintiff's amended complaint asserts federal causes of action and damages in excess of

$75,000.00.  ConServe was first served with a paper stating grounds for removal on December 8, 2015.

    4.       Not applicable.

    5.       ConServe joined in removal and files herewith a consent to removal to the extent its joinder was not apparent from the Notice of Removal.

          /s/ Andrew L. Cole
          Andrew L. Cole, Fed. Bar No. 14865
          LeClairRyan
          180 Admiral Cochrane Drive, Suite 520
          Annapolis, Maryland 21401
          (410) 224-3000
          (410) 224-0098 (Fax)
          andrew.cole@leclairryan.com

*Attorneys for Continental Service Group, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 12th day of January, 2016, copies of the foregoing paper or pleading, together with all exhibits and attachments, were served electronically *via* the Court's CM/ECF System upon all registered users who have entered an appearance in this action, and *via* first class mail, postage pre-paid, upon:

        Joseph Johnson, Jr.
        Post Office Box 441572
        Fort Washington, Maryland 20749

          /s/ Andrew L. Cole
          Andrew L. Cole