UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

January 12, 2016

RE:   *Johnson v. Maximus, Inc. et al.*
      PWG 16-14

## **LETTER ORDER**

Dear Parties:

On January 11, 2016, Defendant Financial Management Systems, Inc., ("FMS") filed a letter with this Court requesting a pre-motion conference to request permission to file a Fed. R. Civ. P. 12(b)(6) motion to dismiss. *See* ECF No. 18. FMS argued that the case brought by Plaintiff Joseph Johnson, Jr., was barred under the doctrine of collateral estoppel and otherwise failed to state a claim upon which relief may be granted. *Id.*

Later that same day, Defendants Continental Service Group, Inc., ("ConServe") and MAXIMUS, Inc., ("Maximus") filed separate letters requesting a pre-motion conference to request permission to file a motion to dismiss, also arguing that Johnson's claims are barred under the doctrine of collateral estoppel. *See* ECF Nos. 23 & 24.

A conference call is not necessary in this case. Defendants FMS, ConServce, and Maximus will be permitted to file their motions to dismiss. To the extent that there are common issues of law and fact, Defendants are ordered to submit a joint memorandum of law in support of their motion to dismiss of no more than twenty-five pages in length. To the extent that there are issues of law or fact specific to an individual Defendant not covered in the joint memorandum, the relevant Defendant shall file a supplemental memorandum not to exceed five pages in length. Defendants shall file their joint memorandum and supplemental memoranda, if any, by February 5, 2016.

Pursuant to this Court's Local Rules, Johnson's opposition shall be filed within fourteen days of the service of the motion (plus three extra days because he is being served by mail). *See* Loc. R. 105.2(a). Accordingly, Johnson's opposition of no more than thirty pages shall be filed by no later than February 22, 2016.

In accordance with the same Local Rule, Defendants shall have seventeen days to file their reply. *See* Loc. R. 105.2(a). Defendants shall file a joint reply of no more than fifteen pages by no later than March 10, 2016. To the extent that there are issues of law or fact specific

to an individual Defendant not covered in the joint reply, the relevant Defendant shall file a supplemental reply not to exceed five pages in length.

Although the Case Management Order sets forth specific procedures with respect to a stipulation of facts and the presentation of exhibits, *see* ECF No. 16, the parties will not be required to follow these procedures for the purposes of briefing the motions to dismiss. However, the parties are reminded that the Case Management Order otherwise remains in effect.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/
Paul W. Grimm
United States District Judge

dpb