**EXHIBIT C**



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S CO     0502
COURTHOUSE, BOURNE WING   (V)
UPPER MARLBORO, MD 20772-3042
TELEPHONE NUMBER:  (301) 298-4000

Civil Case No.: 0502 - 0026633 - 2015     Complaint No.: 002

**To:**   JOHNSON JR, JOSEPH
PO BOX 441572
FORT WASHINGTON, MD 20749



**Regarding:**   JOHNSON JR, JOSEPH
VS.
FINANCIAL MANAGEMENT SYSTEMS (FMS)

**Date:**   December 02, 2015

The summons you requested for the defendant named above
was served on November 21, 2015.

Type of service requested:  Private Process

Visit our website for directions and information about procedures: **www.mdcourts.gov/district**

**Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.**

To request a foreign language interpreter or a reasonable accommodation under
the Americans with Disabilities Act, please contact the court immediately.

TTY users call Maryland RELAY: 711

007270A          1100007341                    NOTICE OF SERVICE/NON EST RE: ORIGINAL PROCESS - A1