EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| JOSEPH JOHNSON, JR. | § |
| | § |
| Plaintiff, | § |
| | § |
| Vs. | § Case 8:16-cv-00014-PWG |
| | § |
| MAXIMUS INC., d/b/a, | § |
| MAXIMUS FEDERAL SERVICES, INC., *et al*, | § |
| | § |
| Defendants. | § |

## AFFIDAVIT OF JOSEPH JOHNSON, JR.

BEFORE ME, the undersigned authority, on this day personally appeared Joseph Johnson, Jr., who after being duly sworn by me, on oath, stated as follows:

1. I, Joseph Johnson, Jr., am over the age of eighteen (18) years of age, am of sound mind and am competent to make this Affidavit and testify to the matters stated herein. The statements in this Affidavit are based upon my personal knowledge following a reasonable investigation, and are believe to be true and correct.

2. This Affidavit is being submitted in support of my Motion to Remand.

3. On October 28, 2015, I filed this action against Defendants, Maximus Inc., d/b/a Maximus Federal Service ("Maximus"), Financial Management Systems ("FMS") and Continental Service Group, Inc. ("ConServe") in the District Court for Prince George's County, Maryland along with a jury demand.

4. On November 17, 2015, Defendants Maximus and ConServe were served with the original complaint and summons.

5. On November 21, 2015, Defendant FMS was served with the original complaint and summons.

Page 1

6. On December 2, 2015, pursuant to my jury demand, the case was transferred to the Circuit Court for Prince George's County, Maryland.

7. I filed and served *all* Defendants with a First Amended Complaint alleging, among other things, violations of the Fair Credit Reporting and Fair Debt Collection Acts.

8. The First Amended Complaint consisted of two separate versions. The first version was filed with the State Court and served on December 4, 2015, and the second version was filed with the State Court on December 7, 2015 but was served on *all* Defendants on December 5, 2015. Both versions of the First Amended Complaint alleged, among other things, violation of the Fair Credit Reporting and Fair Debt Collection Acts.

9. Defendant Maximum acknowledged receiving the First Amended Complaint on December 8, 2015. ECF No. 1, ¶5.

10. Defendant FMS received the first version of the First Amended Complaint on December 8, 2015. Defendant FMS claim to have received the First Amended Complaint on December 9, 2015 but does not state which of the two versions it received. ECF No. 20, ¶1.

11. Defendant ConServe acknowledged receiving both versions of the First Amended Complaint on December 8, 2015. ECF No. 27, ¶1.

12. On January 4, 2015, Defendant Maximus removed the suit from the Circuit Court for Prince George's County to this Court. Defendants FMS and ConServe did not join in or consent to removal at the time the removal was filed. Defendant Maximus did not explain in the removal notice why Defendants FMS and ConServe did not join the notice of removal, or that FMS and ConServe were non-entities that need not consent to removal, or that service upon FMS and ConServe was improper under Maryland law to confer in *personam* jurisdiction. ECF No. 1.

13. On January 11, 2016, Defendant FMS consented to removal. ECF No. 19.

14. On January 12, 2016, Defendant ConServe consented to removal. ECF No. 26.

The above and foregoing statements are true and correct.

*Joseph Johnson, Jr.*

SWORN AND SUBSCRIBED TO BEFORE ME on this 15th day of January, 2016.

Notary Public in and for the District of Columbia

JENNIFER SUBER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2017

Page 3