UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

January 15, 2016

RE:     *Johnson v. Maximus, Inc. et al.*
        PWG 16-14

## **LETTER ORDER**

Dear Parties:

On January 15, 2016, Plaintiff Joseph Johnson, Jr., filed a motion to remand these proceedings to state court. *See* ECF No. 29. A conference call is not necessary for the purposes of this motion. Defendants are ordered to file a joint opposition not to exceed twenty pages. To the extent that there are issues of law or fact specific to an individual Defendant not covered in the joint opposition, the relevant Defendant shall file a supplemental memorandum not to exceed five pages in length. Defendants shall file their joint opposition and supplemental memoranda, if any, by February 1, 2016.

Pursuant to this Court's Local Rules, Johnson's reply shall be filed within fourteen days of the service of the opposition (plus three extra days because he is being served by mail). *See* Loc. R. 105.2(a). Accordingly, Johnson's reply of no more than fifteen pages shall be filed by no later than February 18, 2016.

Although the Case Management Order sets forth specific procedures with respect to a stipulation of facts and the presentation of exhibits, *see* ECF No. 16, the parties will not be required to follow these procedures for the purposes of briefing the motion to remand. However, the parties are reminded that the Case Management Order otherwise remains in effect.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/
Paul W. Grimm
United States District Judge

dpb