IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH JOHNSON, JR.                       : <br>                                          : <br>     Plaintiff,                          : <br>                                           : <br> v.                                            : <br>                                          : <br> MAXIMUS, INC.,                      : <br> d/b/a MAXIMUS Federal Services, Inc., *et al.*   : <br>                                          : <br>                                          : <br>     Defendants.                  : <br>                                          : | Case No.: 8:16-cv-00014-PWG |

## DEFENDANT MAXIMUS'S CERTIFICATION AS REQUIRED BY THE STANDING ORDER CONCERNING REMOVAL (ECF 15)

MAXIMUS, Inc., d/b/a MAXIMUS Federal Services, Inc. ("MAXIMUS") by and through undersigned counsel, respectfully submits this Certification as required by the Court's January 5, 2016 Standing Order Concerning Removal (ECF 16), and states as follows:

1. **Dates On Which The Defendants Were Served Summons and Complaint.**

On or about October 28, 2015 Plaintiff commenced this civil action in the District Court for Prince George's County, Maryland. In that complaint, Plaintiff did not allege any basis (either federal question or diversity jurisdiction) on which the Defendants could remove the civil action to this Court. (ECF No. 2.) For the civil action in the District Court for Prince George's County, Maryland, Defendant MAXIMUS was served with process on November 17, 2015, and again on December 1, 2015; Defendant Financial Management Systems, Inc. ("FMS") was served with process on November 17, 2015; and Defendant Continental Service Group, Inc. d/b/a ConServe ("ConServe") was served with process twice, first on November 17, 2015 and again on November 23, 2015.

On December 2, 2015, the Clerk for the District Court of Prince George's County, Maryland removed the District Court Civil Action to the Circuit Court for Prince George's County, Maryland. (ECF No. 7.)

On December 4 and December 7, 2015, Plaintiff filed his First Amended Complaint in the Circuit Court for Prince George's County, Maryland (the "Amended Complaint"). (ECF No. 9.) The Amended Complaint contained the basis for removal of the civil action to this Court. Defendant MAXIMUS was served the Amended Complaint on December 8, 2015; FMS was served with the Amended Complaint on December 9, 2015; and ConServe was served with the Amended Complaint on December 8, 2015.

2. **Citizenship of All Defendants for Diversity Jurisdiction**

The removal is partially predicated on the grounds of Diversity Jurisdiction. At all points in time since the commencement of the civil action on October 28, 2015, and present, no Defendant is a citizen of the State of Maryland. Since the commencement of the civil action on October 28, 2015: MAXIMUS is and was a corporation incorporated under the law of the Commonwealth of Virginia with its principal place of business in Reston, Virginia; FMS is and was a corporation incorporated under the law of the State of Illinois with it principal place of business in Rolling Meadows, Illinois; and ConServe is and was a corporation incorporated under the laws of the State of New York with its principal place of business in Fairport, New York.

3. **If Removal Took Place More Than Thirty (30) Days After Service.**

This section is not applicable.

4. **Actions Removed On the Basis of Diversity More Than One Year After Commencement.**

This section is not applicable.

**5. Defendants Who Did Not Join in Removal.**

MAXIMUS filed its Notice of Removal on January 4, 2016, subsequent to which, both FMS and ConServe filed Notices Consenting to Removal.  (ECF Nos. 19 & 26.)  Accordingly, all Defendants have joined in Removal.

**6. Service of the Standing Order Concerning Removal.**

Both Defendants FMS and ConServe, through their respective counsels, received a copy of the Standing Order Concerning Removal via the CM/ECF system.  On or about January 12, 2015, MAXIMUS served Plaintiff a copy of the Standing Order Concerning Removal via U.S. First Class Mail, Postage Prepaid.

Dated: January 19, 2016             SHULMAN, ROGERS, GANDAL,
                                        PORDY & ECKER, P.A.


                                    By: /s/ Gregory D. Grant_____
                                        Gregory D. Grant, Esq., Bar No. 13942
                                        Meredith L. Schramm-Strosser, Esq., Bar No. 18537
                                        12505 Park Potomac Avenue
                                        6th Floor
                                        Potomac, Maryland 20854
                                        Telephone:   (301) 230-5200
                                        Facsimile:   (301) 230-2891
                                        ggrant@shulmanrogers.com
                                        mschrammstrosser@shulmanrogers.com
                                        *Counsel for Defendant MAXIMUS, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing Defendant's Certification as Required by Standing Order Concerning Removal (ECF 15) was served by CM/ECF and/or first class mail, postage prepaid, on January 19, 2016, to:

Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, Maryland 20749
*Pro Se Plaintiff*
(Service via First Class Mail)

Jonathan Claiborne, Esq., Bar No. 347
Patrick McKevitt, Esq., Bar No. 30078
Allison L. Cannizaro, Esq. *Pro Hac Vice*
WHITEFORD TAYLOR PRESTON, L.L.P.
7 St. Paul Street
Suite 1500
Baltimore, Maryland 21202
*Counsel for Defendant Financial Management Systems, Inc.*
(Service via CM/ECF)

Kirsten H. Smith, Esq., *Pro Hac Vice*
SESSIONS FISHMAN NATHAN & ISREAL
3850 N. Causeway Blvd.
Suite 200
Metairie, Louisiana 72002
*Counsel for Defendant Financial Management Systems, Inc.*
(Service via CM/ECF)

Andrew L. Cole, Esq., Bar No. 14865
LECLAIRRYAN
180 Admiral Cochrane Drive
Suite 520
Annapolis, Maryland 21401
*Counsel for Defendant Continental Service Group, Inc.*
(Service via CM/ECF)

                                                /s/ Gregory D. Grant_____
                                                Gregory D. Grant