**EXHIBIT E**



**Date Printed :01/29/2016**
**Circuit Court For Prince George's County, Maryland**

## Civil Case Summary

**Case No:**  CAL15-36931

**Case Description:**  Johnson vs Maximus Inc

**Case Status:**  CLOSEDS

**AOC Case Type:**  Tort

**Civil Case Type:**  DC Jury/Motor Tort

**Filing Date:**  11/30/2015

**DCM Track:**  1

**Try By Date:**  03/24/2017

### Related Cases

Related CaseId

### Parties

| Party ID | Party Name | Party Code | End Date |
|----------|-----------|-----------|----------|
| CL3005 | Claiborne, Jonathan E | ATT | |
| MC3903 | McKevitt, Patrick D | ATT | |
| @2847220 | Conserve | DBD | |
| MFSI | Maximus Federal Services Inc | DBD | |
| CSGI | Continental Service Group Inc | DEF | |
| FMS | Financial Management Systems | DEF | |
| MINC1 | Maximus Inc | DEF | |
| @2702022 | Johnson, Joseph  Jr | PLA | |

### Judgments

| Amount | Name | Filing Date | Status | Last Active Date |
|--------|------|-------------|--------|------------------|

### Events

| Schedule Date | Schedule Event | Closing Docket | Docket Date | Judge |
|---------------|----------------|----------------|-------------|-------|
| 03/29/2016 | Pretrial Conference | Civil Try by Date Complied | 01/14/2016 | |
| 03/24/2017 | Try By Date | Civil Try by Date Complied | 01/14/2016 | |


MARYLAND
JUDICIARY

## Civil Case Summary

**Docket Activity**

| Date | Docket Entry | User |
|------|-------------|------|
| 11/30/2015 | CaseType: DC Jury/Motor Tort | AGE |
| 11/30/2015 | Transmittal of Record, fd. | AGE |
| 12/02/2015 | Not Issued Prst To RI 2-326 Fd | AGE |
| 12/04/2015 | 1st Amended Complaint..., fd<br>004<br>ljs,e1-4-16<br>w/attached comparison copy | LJS |
| 12/07/2015 | 1st Amended Complaint..., fd<br>005<br>ljs,e1-4-16<br>w/attached comparison copy | LJS |
| 12/08/2015 | Not of Intentn to Defend...fd<br>006<br>ljs,e1-4-16 | LJS |
| 12/16/2015 | Jury Demand, Fd.<br>007<br>ljs,e1-4-16 | LJS |
| 12/17/2015 | Scheduling Order Filed<br>003<br>fd./emt364<br>e 12-17-15 | EMT |
| 01/12/2016 | Notice of Removal, fd<br>008<br>#466<br>with attached exhibits and order<br>fd/rj 1/14/16 | RMJ |
| 01/14/2016 | CaseDisp: Dismissed | RMJ |
| 01/14/2016 | Civil Try by Date Complied | RMJ |
| 01/14/2016 | Civil Case Closure Form, Fd.<br>009<br>#466<br>fd/rj 1/14/16 | RMJ |

CASE NO:  CAL15-36931

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT the foregoing is a true copy of the

docket entries in the above entitled case in the Circuit

Court for Prince George's County, Maryland.

IN TESTIMONY WHEREOF, I here
to set my hand and affix the seal
of the Circuit Court for Prince
George's County, Maryland, this
29th day of January, 2016.

True Copy Test
Sydney J. Harrison, Clerk

Sydney J. Harrison, Clerk #614