IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **JOSEPH JOHNSON, JR.** | § <br> § <br> § |
| Plaintiff, | § <br> § |
| Vs. | § Case 8:16-cv-00014-PWG <br> § |
| **MAXIMUS INC., d/b/a,** <br> **MAXIMUS FEDERAL SERVICES, INC.,** *et al,* | § <br> § <br> § <br> § |
| Defendants. | § |

## PROPOSED ORDER

Having considered Plaintiff's Motion and Supplement to Motion to Remand to State Court (the "Motion"), the Response and Reply thereto, it is, for the reasons stated in the Motion, this _____ day of _____, 2016, by the United States District Court for the District of Maryland,

**ORDERED**, that the Motion, be and is, hereby **GRANTED**; and it is further

**ORDERED**, that Defendant's Motion to Dismiss (Paper No. ___), be and is, **DENIED**; and it is further,

**ORDERED**, that this case is **REMANDED** to the Circuit Court for Prince George's County; and it is further,

**ORDERED**, that the Clerk administratively **CLOSE** this case.

_____
Paul W. Grimm
United States District Judge