UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

February 1, 2016

RE:   *Johnson v. Maximus, Inc. et al.*
      PWG 16-14

## **LETTER ORDER**

Dear Parties:

On January 27, 2016, Defendant MAXIMUS, Inc., on behalf of itself and Defendants Financial Management Systems and Continental Service Group, Inc., filed a joint request for a conference to seek permission to file a motion for leave to amend the notice of removal. *See* ECF No. 32. Defendants seek to file this motion in response to Plaintiff Joseph Johnson, Jr.'s, motion to remand, ECF No. 29. Defendants' opposition to Johnson's motion is due today.

Defendants may set forth the legal basis for a motion for leave to amend the notice of removal in their opposition. The deadline for filing Defendants' opposition shall be extended seventeen days until February 18, 2016. Defendants also shall address the argument raised by Johnson in his supplement to the motion to amend, ECF No. 33, that MAXIMUS, Inc., failed to provide notice to the state court within the 30-day period for removal. Defendants are ordered to submit a joint opposition of no more than twenty-five pages in length (exclusive of exhibits). To the extent that there are issues of law or fact specific to an individual Defendant not covered in the joint opposition, the relevant Defendant may file a supplemental memorandum not to exceed five pages in length.

Johnson's reply of no more than fifteen pages shall be filed by March 7, 2016. In his reply, Johnson shall address Defendants basis, or lack thereof, for filing a motion for leave to amend the notice of removal.

I note that Johnson has filed his supplement to his motion to remand without first requesting permission pursuant to the procedures set forth in the Case Management Order, ECF No. 16. The parties are reminded that they must seek permission before filing substantive motions or supplements to such motions by first filing a letter of no more than three pages setting forth the legal and factual support for the motion or supplement. Failure to follow these procedures will result in the filing being stricken from the record.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

Paul W. Grimm
United States District Judge

dpb