

**DISTRICT COURT OF MARYLAND** for Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

## WRIT OF SUMMONS

Defendant: **FINANCIAL MANAGEMENT SYSTEMS (FMS)**
Serve On : FINANCIAL MANAGEMENT SYSTEMS (FMS)
Address : SERVE: THE CORP TRUST INC, RSA
351 WEST CAMDEN STREET
BALTIMORE, MD 21201

Date Filed : Oct 28, 2015
Issue Date : Oct 29, 2015
Case Number : 050200266332015
Complaint No. : 002

**Trial Date** : **Jan 15, 2016**
**Trial Time** : **08:45 am**
**Trial Room** : **161B**

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within fifteen days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Nov 28, 2015**       **ROBERT PRENDER, Administrative Clerk /**

To Private Process Server :

You are hereby commanded to serve this writ of summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten days following the termination of the validity of the process.

I certify that:

☐ I served a summons by delivery of the complaint and all supporting papers to _____
on date ___ / ___ / 20 _____ at location _____
The person I left the papers with acknowledged being: (1) A resident of above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the defendant is _____
and that; (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that individual served is of suitable age discretion are: _____
The cost of service is $ _____

Description of the Defendant / Person Served : Race _____ Sex _____ Height _____ Weight _____ Age _____
☐ I was unable to serve because _____

Attempt: _____ Attempt: _____ Attempt: _____ Attempt: _____

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Print Name of Process Server                                    Complete Address of Process Server
Date : ___ / ___ / 20 _____   Signature : _____        Phone No. _____

CUT HERE -------------------------------------------------------------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : FINANCIAL MANAGEMENT SYSTEMS (FMS)        Case # 050200266332015
Trial Date : Jan 15, 2016                              Complaint # 002

Notice : If you **contest the claim** or any part thereof, you must complete this Notice of Intention to Defend and file with the court listed at the top of this summons no later than 15 days after you receive this Summons and be present in court on the trial date. If you do not appear judgment by default or the relief sought may be granted.

**A corporation** may enter an appearance only by an attorney except that an officer of the corporation may appear on its behalf if the action is based on a claim that does not exceed $5,000.00.

Any reasonable accommodation for persons with disabilities should be requested by contacting the court prior to trial.

Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

**SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION**

I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.

Explanation of defense : _____

___ / ___ / 20 ___     _____     ( ___ ) _____     ( ___ ) _____
Date                    Signature              Work Phone               Home Phone

Address/City/State/Zip code

Fax number         e-Mail Address
☐ Check this box if this is a new address.



Case Num. 050200266332015