```
                          DISTRICT COURT OF MARYLAND              DIST: 05
                          CIVIL SYSTEM CASE HISTORY UPDATE

DIST/LOC: 05 02  CASE NUMBER VER: 26633   - 15    CASE ACTIVITY DATE: 11252015
STATUS: C 11252015   CLAIM TYPE: TORT    FILING DATE: 10282015   JUDGE ID:
TRIAL DATE:          DISP: JTP

   JOHNSON JR, JOSEPH              VS. MAXIMUMS INC, DBA MAXIMUS FEDERA   ET AL
   TYPE    DATE    OPER COMP        DOCKET ENTRIES
                        NUM
   FILN  10282015  5JF        INITIAL CASE FILING
   JTP   10282015  5AC  001   JURY TRIAL REQUESTED BY PLN
   JTP   10282015  5AC  002   JURY TRIAL REQUESTED BY PLN
   JTP   10282015  5AC  003   JURY TRIAL REQUESTED BY PLN
   TRIL  10292015  5JF        TRIAL SET FOR: 01152016;TIME: 0845A;LOC:02;ROOM:161B
   NOTC  10292015       001   NOTICE OF INITIAL TRIAL                 (ATP)-D1
   NOTC  10292015       002   NOTICE OF INITIAL TRIAL                 (PLN)-D1
   NOTC  10292015       003   NOTICE OF INITIAL TRIAL                 (PLN)-D1
   SERV  11172015  5DH  001   REGL;10282015;DEF;SV-SERVED                    ;
   SERV  11172015  5DH  003   REGL;10282015;DEF;SV-SERVED                    ;
   NOTC  11232015       001   NOTICE OF OUTCOME OF ORIGINAL SERVICE   (ATP)-A1

   NEXT PAGE                       P/ N                          PAGE 001
```

```
                         DISTRICT COURT OF MARYLAND                DIST: 05
                         CIVIL SYSTEM CASE HISTORY UPDATE

 DIST/LOC: 05 02  CASE NUMBER VER: 26633    - 15    CASE ACTIVITY DATE: 11252015
 STATUS: C 11252015   CLAIM TYPE: TORT   FILING DATE: 10282015   JUDGE ID:
 TRIAL DATE:             DISP: JTP


   JOHNSON JR, JOSEPH                  VS. MAXIMUMS INC, DBA MAXIMUS FEDERA  ET AL
  TYPE     DATE   OPER COMP             DOCKET ENTRIES
                       NUM
  NOTC   11232015      003   NOTICE OF OUTCOME OF ORIGINAL SERVICE       (PLN)-A1
  DEFN   11232015 5AK  002   INTENTION TO DEFEND FILED /REASON FOR DEFENSE FOLLOWS
  DFCM   11232015 5AK  002   DEMANDS STRICT PROOF
  TDEL   11242015 5AK        TRIL;01152016;0845A;02;BY CLK;LRG ITD FILED. JTP DEMAND
  NOTC   11242015      001   NOTICE OF FILING OF INTENTION TO DEFEND   (DEF)-B1
  NOTC   11242015      001   NOTICE OF CANCELLED HEARING/TRIAL - TRIL  (ATP)-C3
  RELP   11242015      001   ALSO SENT TO - DEF,
  NOTC   11242015      002   NOTICE OF FILING OF INTENTION TO DEFEND   (PLN)-B1
  NOTC   11242015      002   NOTICE OF CANCELLED HEARING/TRIAL - TRIL  (ATD)-C3
  RELP   11242015      002   ALSO SENT TO - PLN,
  NOTC   11242015      003   NOTICE OF FILING OF INTENTION TO DEFEND   (DEF)-B1

  NEXT PAGE                          P/ N                          PAGE 002
```

```
13:46:11 Wednesday, November 25, 2015
11252015                      DISTRICT COURT OF MARYLAND              DIST: 05
                           CIVIL SYSTEM CASE HISTORY UPDATE

DIST/LOC: 05 02  CASE NUMBER VER: 26633   - 15    CASE ACTIVITY DATE: 11252015
STATUS: C 11252015   CLAIM TYPE: TORT    FILING DATE: 10282015    JUDGE ID:
TRIAL DATE:             DISP: JTP

JOHNSON JR, JOSEPH                 VS. MAXIMUMS INC, DBA MAXIMUS FEDERA  ET AL
TYPE    DATE    OPER COMP              DOCKET ENTRIES
                     NUM
NOTC  11242015       003   NOTICE OF CANCELLED HEARING/TRIAL - TRIL    (DEF)-C3
RELP  11242015 -     003   ALSO SENT TO - PLN,
HIDE  11252015 5AC         JTP WAS OVERLOOKED AT TIME OF FILING. CASE FWD CIRCUIT
HIDE  11252015 5AC         COURT UPON FINDING.
COMM  11252015 5AC         CASE FWD TO CIRCUIT COURT




END OF DATA                        P/ 1                    PAGE 003
```