```
11252015                    DISTRICT COURT OF MARYLAND                    DIST: 05
                            CIVIL SYSTEM COMPLAINT UPDATE
DIST/LOC: 05 02 CASE NUMBER VER: 0026633 - 2015  CASE ACTIVITY DATE: 11252015
STATUS: C 11252015  CLAIM TYPE: TORT  FILING DATE: 10282015  JUDGE ID:
TRIAL DATE:              DISP: JTP
COMPLAINT - NO: 001 FILN DATE: 10282015 TYPE: REGL AMNT: 30,000.00     ST: JTP
ACTV DATE: 11252015 RING NUM: 00 NORING FILN FEE: 46.00  SERVICE - FEE: 0.00
NO REF:    DIST/LOC: 05 02 TO:  DEF TYPE: PPCS BY:    CODE: SV DATE: 11172015
FILE#:           MASS FILER#:        BFIC IND:
 PLAINTIFF NAME: JOHNSON JR, JOSEPH                    COMPANY IND:
 ADDRESS: PO BOX 441572                    TA/DBA IND:    HIDE NA/AD:
 ADDRESS:                          CITY: FORT WASHINGTON
 STATE: MD   ZIP: 20749     TELEPHONE:          ATTORNEY CODE:
                                    VS.
 DEFENDANT NAME: MAXIMUMS INC, DBA MAXIMUS FEDERAL SERV.  COMPANY IND:  X
 ADDRESS: SERVE: CSC- LAWYERS INCORP          TA/DBA IND:    HIDE NA/AD:
 ADDRESS: 7 SAINT PAUL STREET, STE 820    CITY: BALTIMORE
 STATE: MD   ZIP: 21202     TELEPHONE:          ATTORNEY CODE:

SAME PLAINTIFF:            SAME DEFENDANT:            REVERSED PARTIES:


NEXT PAGE                              P/ N                        PAGE 001
UPDATES NOT ALLOWED FOR CLOSED CASE
```

```
11252015                 DISTRICT COURT OF MARYLAND                    DIST: 05
                        CIVIL SYSTEM COMPLAINT UPDATE
DIST/LOC: 05 02 CASE NUMBER VER: 0026633 - 2015  CASE ACTIVITY DATE: 11252015
STATUS: C 11252015  CLAIM TYPE: TORT   FILING DATE: 10282015   JUDGE ID:
TRIAL DATE:             DISP: JTP
COMPLAINT - NO: 002 FILN DATE: 10282015 TYPE: REGL AMNT: 30,000.00    ST: JTP
ACTV DATE: 11252015 RING NUM: 00 NORING FILN FEE: 0.00   SERVICE - FEE: 0.00
NO REF:   DIST/LOC: 05 02 TO:  DEF TYPE: PPCS BY:    CODE:     DATE:
FILE#:            MASS FILER#:         BFIC IND:
 PLAINTIFF NAME: JOHNSON JR, JOSEPH                   COMPANY IND:
 ADDRESS: PO BOX 441572                     TA/DBA IND:    HIDE NA/AD:
 ADDRESS:                            CITY: FORT WASHINGTON
 STATE: MD   ZIP: 20749     TELEPHONE:            ATTORNEY CODE:
                                VS.
 DEFENDANT NAME: FINANCIAL MANAGEMENT SYSTEMS (FMS)    COMPANY IND:  X
 ADDRESS: SERVE: THE CORP TRUST INC, RSA      TA/DBA IND:    HIDE NA/AD:
 ADDRESS: 351 WEST CAMDEN STREET        CITY: BALTIMORE
 STATE: MD   ZIP: 21201     TELEPHONE:            ATTORNEY CODE: 004965


 SAME PLAINTIFF:         SAME DEFENDANT:         REVERSED PARTIES:


NEXT PAGE                          P/ N                          PAGE 002
```

```
13:45:37 Wednesday, November 25, 2015
11252015                    DISTRICT COURT OF MARYLAND                    DIST: 05
                          CIVIL SYSTEM COMPLAINT UPDATE
 DIST/LOC: 05 02  CASE NUMBER VER: 0026633 - 2015  CASE ACTIVITY DATE: 11252015
 STATUS: C 11252015  CLAIM TYPE: TORT  FILING DATE: 10282015  JUDGE ID:
 TRIAL DATE:           DISP: JTP
 COMPLAINT - NO: 003 FILN DATE: 10282015 TYPE: REGL AMNT: 30,000.00     ST: JTP
 ACTV DATE: 11252015 RING NUM: 00 NORING FILN FEE: 0.00   SERVICE - FEE: 0.00
 NO REF:    DIST/LOC: 05 02 TO:  DEF TYPE: PPCS BY:    CODE: SV DATE: 11172015
 FILE#:         MASS FILER#:       BFIC IND:
  PLAINTIFF NAME: JOHNSON JR, JOSEPH                COMPANY IND:
  ADDRESS: PO BOX 441572                    TA/DBA IND:   HIDE NA/AD:
  ADDRESS:                           CITY: FORT WASHINGTON
  STATE: MD   ZIP: 20749    TELEPHONE:          ATTORNEY CODE:
                                VS.
  DEFENDANT NAME: CONTINENTAL SERVICE GROUP, INC    COMPANY IND:   X
  ADDRESS: DBA CONSERVE, SERVE: CSC- LAWYERS INC  TA/DBA IND:   HIDE NA/AD:
  ADDRESS: 7 ST PAUL STREET, STE 820      CITY: BALTIMORE
  STATE: MD   ZIP: 21202    TELEPHONE:          ATTORNEY CODE:

  SAME PLAINTIFF:         SAME DEFENDANT:        REVERSED PARTIES:


  END OF DATA                         P/ 1                       PAGE 003
```