Case 8:16-cv-00014-PWG Document 39 Filed 02/02/16 Page 1 of 1

CAL15-36431



**DISTRICT COURT OF MARYLAND FOR** Prince George's County
City/County

Located at 14735 Main Street, Rm. 168B, Upper Marlboro, MD 20772    Case No. 050200266332015
Court Address

Joseph Johnson, Jr.    vs.    Maximums, Inc./FMS/Continental Service Group, Inc.
P.O. Box 441572
Fort Washington, MD 20749
Plaintiff                                                            Defendant

## TRANSMITTAL OF RECORD

TO: Clerk, ☒ Circuit ☐ District Court for Prince George's County

TYPE OF CASE:
☒ Civil
☐ Domestic Violence
☐ Criminal
☐ Motor Vehicle/Natural Resources
☐ Circuit Court - Initial Appearance

LAST DISTRICT COURT ACTION:
☐ Appeal Filed - Date
☒ Jury Trial Demanded
☐ Preliminary Hearing Waived
☐ Held for Further Action
☐ Initial Appearance
☐ Bail Hearing
☐ Exparte Relief Granted (☐ See attached list of related cases)
☐ Indictment
☐ Forward to Circuit Court

STATUS:
Attorney: _____

Decided by: _____

Date of Judgment: _____

☐ Appeal Bond Posted
☐ Defendant Confined
☐ Defendant on Probation
☐ Deferred Payment
☐ Stay of Sentence Entered

Monies Forwarded:
☐ Advance Circuit Court Costs    $ _____
☐ Cash Bail    $ _____

Monies to be Forwarded:
☐ District Court Fines    $ _____
☐ District Court Costs    $ _____
☐ Criminal Injury Compensation Fund    $ _____

Amount Due:
☐ Deferred    $ _____
☐ Parole & Probation    $ _____
☐ Stayed    $ _____

BOND INFORMATION:
Amount: $ _____

DISTRICT COURT PAPERS FORWARDED:
CIVIL
☒ Docket Entries
☒ Original Papers
☐ Exhibits
☐ Transcripts of Testimony
☐ Lien (Specify type): _____

CRIMINAL/MOTOR VEHICLE/NATURAL RESOURCES
☐ Pretrial/Trial/Felony/Violation of Probation Docket
☐ Arrest Warrant/Criminal Summons
☐ Statement of Charges
☐ Charge Summary
☐ Application/Statement of Probable Cause
☐ Citations/Printouts
☐ Serious Traffic Docket
☐ Bench Warrant
☐ Initial Appearance
☐ Release ☐ on Personal Recognizance ☐ from Commitment
☐ Commitment Pending Hearing
☐ Bail Review Docket/Summary/Commitment
☐ Bail Bond $ _____, $ _____
☐ Power of Attorney/Affidavit
☐ Declaration of Trust
☐ Notice to Surety
☐ Notice of Advice of Right to Counsel
☐ "Important Notice" Public Defender
☐ Order for Probation/Supervision Docket
☐ Commitment Record
☐ Order for Fingerprinting
☐ Parole & Probation/Drinking Driver Monitor Program Report
☐ Circuit Court Summons
☐ Entry of Appearance
☐ Notice of Denial by Public Defender
☐ Request for Witness
☐ Notice of Appeal to waive court costs
☐ Order of Appeal
☐ Jury Trial Prayer
☐ Notice to State's Attorney
☐ Notice of Information Filed in circuit court
☐ Label Page
☐ Confidential Envelope
☐ Continuance Request
☐ Address Change
☐ _____
☐ _____

I HEREBY CERTIFY that the attached are all the original papers filed in the above entitled case and a true copy of the docket entries.

11/25/2015
Date                                                                 Clerk of the District Court

I HEREBY CERTIFY that I have received from the clerk of the above named District Court all original papers and monies noted in the above captioned case. ☒ Circuit Court Case/Lien Number: _____

_____    _____
Date                        Clerk of the Circuit Court

DCA 53 (Rev. 1/2010)