IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Case Description: Johnson vs Maximums Inc
Case Number: CAL15-36931
Track Number: 1

## SCHEDULING ORDER

This order is your only notice of dates and required court appearances. It may not be modified except by order of court upon a showing of good cause. Stipulations between counsels are not effective to change any deadlines in this order. Failure to comply with all terms of this Order may result in the imposition of appropriate sanctions.

**SHEILA R. TILLERSON ADAMS**
**ADMINISTRATIVE JUDGE**

Date: December 14, 2015

This case is assigned to Civil Track: 1
Try By Date: MARCH-24-2017
**Scheduled Event**: MARCH-29-2016 Pretrial Conference - 09:00 AM

**(UPON ARRIVING AT THE COURTHOUSE, CHECK FOR THE ASSIGNED COURTROOM AND JUDGE)**

Track 1 – Track 2 –Track 3 – Track 4

60 days prior to pretrial, complete the following:
1. Amendments to pleadings
2. Add and serve additional parties including uninsured/underinsured insurance carriers
3. Plaintiff's Experts, if any, identified per Maryland Rul 2-402(g)

FILED
DEC 17 2015
CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

30 days prior to pretrial complete the following:
1. All independent medical examinations
2. File dispositive motions
3. Defense Experts, if any, identified per Maryland Rule 2-402(g)

Prior to ADR session (if ordered):
1. Complete all discovery
2. Secure resolution of any outstanding dispositive motions (per Maryland Rule 2-322 or 2-501) from the court.

The parties are encouraged, but not required to submit the controversy to non-binding arbitration, which includes mediation. Disputes over track assignment, arbitration, or any provision of this Order should be addresses to the Court by Motion to Amend Scheduling Order.

CAL15-36931

At least five (5) days prior to the pretrial, file a statement in full compliance with Maryland rule        2-504.2. Parties representing themselves are required to appear at pretrial and to file a pretrial statement in compliance with Maryland Rule 2-504.2. Parties represented by counsel, and claims representatives, are not required to appear at pretrial, provided they are available by telephone, but are required at the ADR.  Failure to comply with any of these provisions may result in a show cause hearing and the imposition of sanctions.  With the consent of all parties, the pretrial may be continued for not more than Sixty (60) days after the scheduled pretrial date above. A motion and order is required for any request for a continuance that is more than Sixty (60) days after the scheduled pretrial or, made without the consent of all parties.

All ADR sessions must be completed prior to trial.

Any stipulations between counsel or parties to alter deadlines are not effective without court approval.

<u>Dispositive Motion Protocol</u>

A party filing a motion to dismiss (not related to alleged discovery violations) or motion for summary judgment will write a letter to the Judge who is assigned to that motion (which is determined by the last number of the case), notifying the Judge that the motion has been filed and indicating whether a hearing is requested. A copy of the letter should be sent to opposing counsel, but not filed with the clerk.

The party responding to the motion to dismiss or motion for summary judgment will likewise send a similar letter to the assigned Judge. A copy of this letter should also be sent to opposing counsel, but not filed with the clerk.

Request for extensions to time to respond should be addressed to the assigned Judge by letter with order attached.

A hearing, where appropriate, will be set by the Judge not later than thirty (30) days after the motion and response have been filed.

---

The assigned Judge for dispositive motions is determined by the last digit in the case number:

| | |
|---|---|
| 1 – Jackson | 6 - Hill |
| 2 – Davey | 7 - Wallace |
| 3 - Davey | 8 - Wallace |
| 4 - Nichols | 9 - Northrop |
| 5 –Woodard | 0 – Jackson |

---

Copy:                                                                                                                    rev.11/10/15
Clerk of the Circuit Court

* **Please bring this form with you to court** *

Possession and use of cell phones, computers, cameras and other electronic devices may be limited or prohibited in designated areas of the courthouse. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the courthouse at

CAL15-36931

all times, unless the court expressly grants permission in a specific instance.

Notified:
Jonathan E Claiborne ESQUIRE
Whiteford, Taylor, & Preston LLP Seven St. Paul Street
Towson MD 212021636

Patrick D McKevitt ESQUIRE
Whiteford Taylor & Preston Seven Saint Paul Street Suite 1500
Baltimore MD 21202

Joseph Johnson Jr
Post Office Box 441572
Fort Washington MD  20749

CAL15-36931