**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOSEPH JOHNSON, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.:  8:16-cv-00014-PWG |
| | : | |
| MAXIMUS, INC., | : | |
| d/b/a MAXIMUS Federal Services, Inc.,  *et al.* | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## LOCAL RULE 103.5a CERTIFICATION

Pursuant to Local Rule 103.5a, on February 2, 2016, Defendant MAXIMUS, Inc. d/b/a MAXIMUS Federal Services, Inc., filed with this Court all additional documents then on file with the Circuit Court for Prince George's County, Maryland for Case Number CAL15-36931 (the "State Court Action").  These documents had not been served upon Defendant MAXIMUS at the time of filing its Notice of Removal in this Court on January 4, 2016, and therefore were not included in the January 4, 2016 Notice of Removal.  All filings in the State Court Action have now been filed in the United States District Court for the District of Maryland.


Dated: February 2, 2016

Respectfully submitted,
SHULMAN, ROGERS, GANDAL,
    PORDY & ECKER, P.A.


By:    /s/ Gregory D. Grant
Gregory D. Grant, Esq.
Meredith L. Schramm-Strosser, Esq.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:     (301) 230-5200
Facsimile:     (301) 230-2891
ggrant@shulmanrogers.com
mschrammstrosser@shulmanrogers.com
*Counsel for Defendant MAXIMUS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Local Rule 103.5a Certification was served by CM/ECF and/or first class mail, postage prepaid, on February 2, 2016, to:

Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, Maryland 20749
*Pro Se Plaintiff*
(Service via First Class Mail, Postage Prepaid)

Jonathan Claiborne, Esq., Bar No. 347
Patrick McKevitt, Esq., Bar No. 30078
Allison L. Cannizaro, Esq. *Pro Hac Vice*
WHITEFORD TAYLOR PRESTON, L.L.P.
7 St. Paul Street
Suite 1500
Baltimore, Maryland 21202
*Counsel for Defendant Financial Management Systems, Inc.*
(Service via CM/ECF)

Kirsten H. Smith, Esq., *Pro Hac Vice*
SESSIONS FISHMAN NATHAN & ISREAL
3850 N. Causeway Blvd.
Suite 200
Metairie, Louisiana 72002
*Counsel for Defendant Financial Management Systems, Inc.*
(Service via CM/ECF)

Andrew L. Cole, Esq., Bar No. 14865
LECLAIRRYAN
180 Admiral Cochrane Drive
Suite 520
Annapolis, Maryland 21401
*Counsel for Defendant Continental Service Group, Inc.*
(Service via CM/ECF)

/s/ Gregory D. Grant_____
Gregory D. Grant