UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> MAXIMUS, INC. <br> d/b/a MAXIMUS Federal Services, Inc. *et al.*, <br><br> Defendants. | Case No. 8:16-cv-00014-PWG |

## DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants MAXIMUS, Inc., d/b/a/ MAXIMUS Federal Services, Inc. ("MAXIMUS"), Financial Management Systems Inc. ("FMS"), and Continental Service Group, Inc., d/b/a ConServe ("ConServe") (collectively "Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) file this Motion to Dismiss Plaintiff's First Amended Complaint on the grounds of collateral estoppel.  The grounds supporting Defendants' Motion to Dismiss are set forth in the accompanying Memorandum of Law and are incorporated by reference herein.

Date: February 5, 2016                                    Respectfully submitted,


| | |
|---|---|
| LECLAIRRYAN | SHULMAN ROGERS GANDAL PORDY & ECKER P.A. |
| By: /s/ Andrew L. Cole_____ | By: /s/ Gregory D. Grant_____ |
| Andrew L. Cole, Bar No. 14865 | Gregory D. Grant, Bar No. 13942 |
| 180 Admiral Cochrane Drive, | Meredith L. Schramm-Strosser, Bar No. 18537 |
| Suite 520 | 12505 Park Potomac Avenue, Sixth Floor |
| Annapolis, Maryland 21401 | Potomac, Maryland  20854-6803 |
| Telephone: (410) 224-3000 | Telephone: (301) 230-5200 |
| Facsimile:  (410) 224-0098 | Facsimile: (301) 230-2891 |
| Andrew.Cole@leclairryan.com | ggrant@shulmanrogers.com |
| | mschrammstrosser@shulmanrogers.com |
| *Counsel for Defendant Continental Service Group, Inc.* | *Counsel for Defendant MAXIMUS, Inc.* |
| WHITEFORD TAYLOR PRESTON, L.L.P. | SESSIONS FISHMAN NATHAN & ISREAL |
| By:/s/ Patrick McKevitt_____ | By: /s/ Kirsten H. Smith_____ |
| Jonathan Claiborne, Esq., Bar No. 347 | Kirsten H. Smith, Esq., *Pro Hac Vice* |
| Patrick McKevitt, Esq., Bar No. 30078 | 3850 N. Causeway Blvd. |
| Whiteford Taylor Preston | Suite 200 |
| 7 St. Paul Street | Metairie, Louisiana 72002 |
| Suite 1500 | Telephone: (504) 846-7943 |
| Baltimore, Maryland 21202 | Facsimile: (504) 828-3737 |
| Telephone: (410) 347-8700 | Kihsmith1@sessions.legal |
| Facsimile:  (410) 223-3498 | |
| jclaiborne@wtplaw.com | *Counsel for Defendant Financial Management Systems, Inc.* |
| pmckevitt@wtplaw.com | |
| *Counsel for Defendant Financial Management Systems, Inc.* | |

**Certificate of Service**

       I hereby certify that on February 5, 2016 a true and correct copy of the foregoing Defendants' Joint Motion to Dismiss and the accompanying Memorandum of Law was served by CM/ECF and/or first class mail, postage prepaid, to:

Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, Maryland 20749
*Pro Se Plaintiff*
(Service via First Class Mail)

Jonathan Claiborne, Esq., Bar No. 347
Patrick McKevitt, Esq., Bar No. 30078
Allison L. Cannizaro, Esq. *Pro Hac Vice*
WHITEFORD TAYLOR PRESTON, L.L.P.
7 St. Paul Street
Suite 1500
Baltimore, Maryland 21202
*Counsel for Defendant Financial Management Systems, Inc.*
(Service via CM/ECF)

Kirsten H. Smith, Esq., *Pro Hac Vice*
SESSIONS FISHMAN NATHAN & ISREAL
3850 N. Causeway Blvd.
Suite 200
Metairie, Louisiana 72002
*Counsel for Defendant Financial Management Systems, Inc.*
(Service via CM/ECF)

Andrew L. Cole, Esq., Bar No. 14865
LECLAIRRYAN
180 Admiral Cochrane Drive
Suite 520
Annapolis, Maryland 21401
*Counsel for Defendant Continental Service Group, Inc.*
(Service via CM/ECF)

                                                /s/ Gregory D. Grant_____
                                                Gregory D. Grant