UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH JOHNSON, JR.,<br><br>   Plaintiff,<br><br>v.<br><br>MAXIMUS, INC.<br>d/b/a MAXIMUS Federal Services, Inc. *et al.*,<br><br>   Defendants. | Case No. 8:16-cv-00014-PWG |

## ORDER

UPON CONSIDERATION of Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint, supporting Memorandum of Law, and the argument by the Parties, it is on this ___ day of _____, 2016, hereby

ORDERED that Defendants' Joint Motion to Dismiss is GRANTED; and it is further

ORDERED that Plaintiff's First Amended Complaint be DISMISSED in its entirety with prejudice.

Date:_____       _____
                     Hon. Paul W. Grimm, Judge