February 10, 2016

The Honorable Paul W. Grimm
United States District Judge
U.S. District Court for the
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re: *Joseph Johnson, Jr. v. MAXIMUS, Inc., et al.*, Case No. 8:16-cv-00014-PWG

Dear Judge Grimm:

    Pursuant to the Court's Case Management Order, ECF No. 16, the undersigned Plaintiff respectfully requests a *pre*-motion conference to seek permission to file a Motion for Enlargement of Time to respond to the Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 44. On January 15, 2016, the undersigned Plaintiff filed a Motion to remand this removed case to the Circuit Court for Prince George's County on the basis that the notice of removal filed by Defendant Maximus *only* was facially defective because it failed to state that Defendants FMS and Conserve joined in, or consented to, removal within 30 days or otherwise explain their absence, and further because Defendants FMS and Conserve had failed to join in or consent to removal in a timely manner as required by 28 U.S.C. §1446(a). ECF No. 29. Plaintiff filed a timely supplement to that Motion on January 29, 2016, ECF No. 33, stating that Defendant Maximus had also failed to provide notice to the state court within the 30-day period for removal. The deadline for filing the Defendants' opposition is February 18, 2016, and the undersigned Plaintiff's reply is due by March 7, 2016.[1] *See*, ECF No. 34.

    Pursuant to the Court's January 12, 2016 Letter Order, ECF No. 28, the undersigned Plaintiff's opposition to the Defendants' Motion to Dismiss is due on February 22, 2016. As a threshold question, this Court first must consider the undersigned Plaintiff's motion to remand because it raises questions regarding the propriety of removal. If, and only if, this Court holds that the motion to remand should be denied, it then can turn its attention to addressing the Defendants' motion to dismiss. The undersigned Plaintiff therefore seek permission to file a Motion for Enlargement of Time to respond to the Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint because in the event the Court remands this case to the Circuit Court for Prince George's County, the Defendants' motion would be moot and it would not be necessary for the undersigned Plaintiff to respond to the Motion.

---

[1] On January 27, 2016, Defendant Maximus sent a letter addressed to this Court conceding that Defendants FMS and ConServe had "filed their consents and/or joinder after the conclusion of their respective thirty day removal periods." [ECF No. 32].

The undersigned Plaintiff requests a *pre*-motion conference to consider this issue. Alternatively, the undersigned Plaintiff requests that the Court waive the *pre*-motion conference and permit the undersigned Plaintiff to file a Motion for Enlargement of Time to respond to the Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint.

Sincerely,

Joseph Johnson, Jr.

Cc: Maximus, through counsel, via ECF
Financial Management Services, Inc., through counsel, via ECF
Continental Service Group, Inc., through counsel, via ECF