UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0670**
**(301) 344-3910 FAX**

February 12, 2016

RE:   *Johnson v. Maximus, Inc. et al.*
      PWG 16-14

## LETTER ORDER

Dear Parties:

On February 10, 2016, Plaintiff Joseph Johnson, Jr., filed a request for a pre-motion conference, ECF No. 46, to request permission to file a motion for enlargement of time with respect to the briefing schedule of Defendants' motion to dismiss, ECF No. 44. Johnson's motion to remand, ECF No. 29, is currently before this Court. In a February 1, 2016, letter order, I set forth an amended briefing schedule for Johnson's motion to remand: Defendants' opposition shall be filed by February 18, 2016, and Johnson's reply shall be filed by March 7, 2016. *See* ECF No. 34. Johnson's opposition to Defendants' motion to dismiss currently must be filed by February 22, 2016, and Defendants' reply must be filed by March 10, 2016. *See* ECF No. 28.

A pre-motion conference is not required for Johnson's proposed motion for enlargement of time, and I will treat Johnson's letter as a motion to stay briefing on Defendants' motion to dismiss. Because I must first rule on Johnson's motion to remand before considering Defendants' motion, I will grant Johnson's motion: all briefing related to Defendants' motion to dismiss is stayed until I rule on Johnson's motion to remand. Should I rule in Defendants' favor and not remand this case to state court, I then will order a new briefing schedule for Johnson's opposition and Defendants' reply.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/
Paul W. Grimm
United States District Judge

dpb