# Exhibit 2

Case 8:16-cv-00014-PWG Document 40-2 Filed 02/18/16 Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

JOSEPH JOHNSON, JR.,

    Plaintiff,

v.

MAXIMUS, INC.
d/b/a MAXIMUS Federal Services, Inc.; et al.

    Defendants.

Case No. 8:16-cv-00014-PWG

## DECLARATION OF GREGORY D. GRANT IN SUPPORT OF OPPOSITION TO MOTION TO REMAND TO STATE COURT

I, Gregory D. Grant, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make the Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I am an attorney at Shulman, Rogers, Gandal, Pordy & Ecker, P.A., and I, along with this firm, represent Defendant MAXIMUS, Inc., d/b/a MAXIMUS Federal Services, Inc. in the above captioned matter.

3. On or about December 11, 2015, after receiving a copy of Joseph Johnson, Jr.'s First Amended Complaint, I conferred with Kirsten Smith, counsel for Defendant Financial Management Systems, Inc. ("FMS"), and Andrew Cole, counsel for Continental Service Group, Inc. ("ConServe").

4. On or about this same date, December 11, 2015, all Defendants agreed and consented to seek removal of the First Amended Complaint to the federal District Court for the District of Maryland, Southern Division.

5. On or about January 4, 2016, MAXIMUS timely filed its Notice of Removal in this Court, ECF No. 1, by which time Defendants FMS and ConServe had previously consented to removal and to proceed under the jurisdiction of this Court.

6. During the time period set forth in the Standing Order Concerning Removal, Defendants ConServe and FMS filed documents with this Court demonstrating their consent to removal. ECF Nos. 15 & 19.

7. Any purported deficiency on the part of MAXIMUS to not include this consent in the Notice of Removal, and/or deficiency by ConServe or FMS to file separate notices indicating their consent to removal within the thirty day removal period, were inadvertent errors.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on February 18, 2016.

By: _____
Gregory D. Grant, Bar No. 13942

*Counsel for Defendant MAXIMUS, Inc.*

2