IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **JOSEPH JOHNSON, JR.** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| Vs. | § Case 8:16-cv-00014-PWG |
| | § |
| **MAXIMUS INC., d/b/a,** | § |
| **MAXIMUS FEDERAL SERVICES, INC.,** *et al*, | § |
| | § |
| **Defendants.** | § |

## PROPOSED ORDER

Having considered the Plaintiff's Motion to Remand and Supplement to Motion to Remand (the "Motion") [ECF Nos. 29 & 33], the Response and Reply thereto, it is, for the reasons stated in the Motion, this _____ day of _____, 2016, by the United States District Court for the District of Maryland,

**ORDERED**, that the Motion, be and is, hereby **GRANTED**; and it is further

**ORDERED**, that the Joint Motion for Leave to Amend Notice of Removal, be and is, **DENIED**; and it is further,

**ORDERED**, that Defendants' Joint Motion to Dismiss, be and is, **DENIED**; and it is further,

**ORDERED**, that this case is **REMANDED** to the Circuit Court for Prince George's County; and it is further,

**ORDERED**, that the Clerk administratively **CLOSE** this case.

_____
Paul W. Grimm
United States District Judge