IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JOSEPH JOHNSON, JR.<br><br>    Plaintiff,<br><br>v.<br><br>MAXIM US, INC.,<br>d/b/a MAXIMUS Federal Services, Inc., et al.<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   Case No.: 8:16-cv-00014-PWG<br>:<br>:<br>:<br>:<br>: |

STIPULATION OF DISMISSAL AS TO DEFENDANT
CONTINTENTAL SERVICE GROUP, INC. ONLY

Plaintiff Joseph Johnson, Jr. and Defendant Continental Service Group, Inc. (ConServe), hereby stipulate to the dismissal of the claims, with prejudice, <u>as to defendant ConServe</u> only, and request that the Court enter this stipulation as an Order of Court.

_____
Joseph Johnson, Jr.
P.O. Box 441572
Fort Washington, MD 20749-1572

*Plaintiff Pro Se*

/s/ Andrew L. Cole
_____
Andrew L. Cole, Fed. Bar No.
14865 LeClairRyan
180 Admiral Cochrane Drive,
Suite 520
Annapolis, Maryland 21401
Telephone: (410) 224-3000
Facsimile: (410) 224-0098
Andrew.Cole@leclairryan.com

*Counsel for Defendant Continental Service Group, Inc.*

**SO ORDERED:**

Date: _____

_____
Judge, United States District Court
for the District of Maryland