

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

May 26, 2016

Sydney J. Harrison, Clerk
Circuit Court for Prince George's County, Maryland
14735 Main Street, Room D-1015
Upper Marlboro, MD 20772

     RE:    Johnson, Jr. v. Maximus Inc., et al.
            Civil Action No. PWG 16-cv-0014
            State Court Case No. CAL15-36931

Dear Clerk:

     On May 26, 2016, the Honorable Paul W. Grimm signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

     Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

     Thank you for your cooperation in this matter.

                                 Sincerely,

                                 Felicia C. Cannon, Clerk

                    By:              /s/
                                 K. Nader, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____, 2016.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov